**Order entered February 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00832-CR

**ALONZO GRAYSON, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-81500-2012**

## ORDER

The Court **REINSTATES** the appeal.

On January 21, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On February 21, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the January 21, 2014 order requiring findings.

We **GRANT** the February 21, 2014 motion and **ORDER** appellant's brief filed as of the date of this order.

/s/  DAVID EVANS
    JUSTICE